# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**Pirtek USA, LLC,**

        **Plaintiff,**

**-vs-**            Case No. 6:06-cv-566-Orl-31KRS

**Richard Wilcox, Wilcox LLC,**

        **Defendants.**

## ORDER

This matter comes before the Court on the Motion for Preliminary Injunction (Doc. 2) filed by the Plaintiff, Pirtek USA, LLC ("Pirtek"). Pirtek shall serve the Defendants with all moving papers herein and file proof of such service on or before May 10, 2006. The Defendants may file their written response to the instant motion on or before May 19, 2006. A hearing (one hour) on the instant motion will be held before the undersigned at 2:00 p.m. on May 23, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 27, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party